| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAKE TAHOE PARTNERS, LLC, | No. 2:16-cv-00696-MCE-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER TRANSFERRING VENUE** |
| SORM INVESTMENTS, LLC, et al., | |
| Defendants. | |

    Plaintiff Lake Tahoe, Partners, Inc. ("Plaintiff") filed this lawsuit for Preliminary and Permanent Injunctive Relief in Placer County Superior Court on December 23, 2015 in an attempt to stop foreclosure proceedings on certain real properly located in Tahoe Vista, California.  Thereafter, on April 1, 2016, Defendant Sorm Investments, LLC ("Defendant")  removed the case to this Court under 28 U.S.C. § 1452(a) on grounds that it was related to Chapter 11 bankruptcy proceedings commenced by Plaintiff in the Northern District of California.  Defendant now moves to transfer the case to the Northern District pursuant to 28 U.S.C. § 1412.

    Plaintiff initially failed to file either opposition or a statement of non-opposition to Defendant's Motion in contravention of Eastern District Local Rule 230(c).  After the Court issued an Order to Show Cause as to why the case should not be dismissed given that failure, Plaintiff filed a response indicating that it had no opposition to Defendant's

transfer request.  Given that non-opposition, and good cause appearing, Defendant's Motion to Transfer Venue (ECF No. 5) is GRANTED.  This case is hereby transferred to the Northern District of California pursuant to 28 U.S.C. § 1412.  The Clerk of Court is ordered to close this file once that transfer has been effectuated.

    IT IS SO ORDERED.

Dated:  August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE