Michael J.M. Brook, SBN 139595
LAW OFFICES OF MICHAEL BROOK
645 Fourth Street, Suite 200
Santa Rosa, CA  95404
Telephone:  (707) 889-7189
Facsimile:  (707 ) 542-7697
mbrooklaw@gmail.com

Attorney for Plaintiff
LAKE TAHOE PARTNERS, LLC,
a Nevada limited liability company

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKE TAHOE PARTNERS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SORM INVESTMENTS LLC,<br><br>Defendant. | CASE NO.: 16-cv-04590-MEJ<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

Plaintiff LAKE TAHOE PARTNERS, LLC, and Defendant SORM INVESTMENTS LLC, by and through undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned matter without prejudice, and each party to bear its own fees and costs subject to any claims that may be asserted in the matter now pending in the United States Bankruptcy Court, Northern District of California, Santa Rosa Division, known as In Re LAKE TAHOE PARTNERS LLC, CASE NO. 16-10150 AJ, Chapter 11.

SO STIPULATED.

Dated: January 3, 2016                     FARELLA BRAUN & MARTEL LLP


       /s/ Gary Kaplan
By: GARY KAPLAN
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Tel.: 415.954.4400
Attorneys for Defendant
SORM INVESTMENTS LLC


Dated: January 3, 2016                     Law Offices of Michael Brook


       /s/ Michael J.M. Brook
Michael J.M. Brook
Law Offices of Michael Brook
645 Fourth Street, Suite 200
Santa Rosa, CA  95404
Telephone: 707.889.7189
Attorneys for Plaintiff
LAKE TAHOE PARTNERS LLC,